# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRC ELECTRONICS, INC. | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 23-1445 |
| v. | : | |
| | : | |
| AGRIFY CORPORATION | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 22nd day of August 2023, upon consideration of Defendant's *motion to compel arbitration and to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) or, alternatively, to stay proceedings under 9 U.S.C. § 3*, [ECF 8], Plaintiff's response in opposition, [ECT 10], Defendant's reply, [ECF 13], and the allegations in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion is **DENIED**.

                                                                          BY THE COURT:

                                                                          */s/ Nitza I. Quiñones Alejandro*
                                                                          **NITZA I. QUIÑONES ALEJANDRO**
                                                                          *Judge, United States District Court*